**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **MICHELLE JENKINS** | CASE NO. 6:19-CV-00620 |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **A. J. FRANK, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted filed by Defendant, Allen Ivory, individually and in his official capacity as Chief of Police of the Town of Basile ("Chief Ivory"), [Rec. Doc. 4] be **GRANTED**.

THUS DONE in Chambers on this 21st day of October, 2019.

**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**